
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.             Case Number:      6:18-MJ-78

Nelson BAHENA-Garcia

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Kenneth Francisco CASCANTE**

This material witness is a citizen of Costa Rica who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition, thus it would be impracticable to secure his presence at such time as the case is called for trial.

Carl E. Marshall Special Agent
Homeland Security Investigations

SWORN TO AND SUBSCRIBED BEFORE ME this   31 day of January 2019

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby