```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                       VICTORIA DIVISION
    _____
 3                                         )
    UNITED STATES OF AMERICA               )
 4                                         ) CRIMINAL ACTION NO.
    VS.                                    ) 6:18-CR-64
 5                                         )
    NELSON BAHENA-GARCIA                   ) 10:08 A.M.
 6  _____)

 7
                         PRETRIAL CONFERENCE
 8             BEFORE THE HONORABLE JOHN D. RAINEY
                       SEPTEMBER 5, 2018
 9
    APPEARANCES:
10  FOR PLAINTIFF:
    MS. PATTI HUBERT BOOTH
11  Assistant United States Attorney
    800 North Shoreline, Suite 500
12  Corpus Christi, Texas  78401

13  FOR DEFENDANT:
    MR. FRANCISCO MORALES
14  Assistant Federal Public Defender
    606 North Carancahua, Suite 401
15  Corpus Christi, Texas  78401

16  COURT INTERPRETER:
    MS. MYRNA WALLACE
17
    COURT REPORTER:
18  Heather Alcaraz, CSR, FCRR, RMR
    Official Court Reporter
19  515 Rusk, Suite 8004
    Houston, Texas  77002
20  (713)250-5584

21  Proceedings recorded by mechanical stenography, transcript
    produced by computer.
22
    THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE
23  CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT
    ORDER.  UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT
24  AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE
    OFFICIAL RATE.  General Order 94-15, United States District
25  Court, Southern District of Texas.
```

1    *(Defendant present.)*

10:08:06  2    **THE COURT:** Next is V-18-64, United States of America
3    versus Nelson Bahena-Garcia.

10:08:14  4    **MS. BOOTH:** Patti Hubert Booth for the United States.

10:08:16  5    **MR. MORALES:** Frank Morales for Mr. Bahena.
6    Your Honor, this, again, is another one of the ones that got
7    transferred to me from Mr. Gill. It's a really complicated
8    case, very, very serious case. I anticipate that the
9    government's asking for a continuance. I'm also asking for a
10   continuance in the case.

10:08:33 11   **MS. BOOTH:** Your Honor, this is a case where there was
12   a death possible and aggravated sexual assault, and --

10:08:38 13   **THE COURT:** Oh, okay.

10:08:39 14   **MS. BOOTH:** -- we anticipate going to the grand jury
15   as soon as -- with a hostage-taking case. And I talked to
16   Mr. Morales about it, and we're going to be filing a motion to
17   certify it as complex. There are certain protocols and things
18   that are going to have to be done, and --

10:08:56 19   **THE COURT:** Bring the defendant up, if you would.

10:09:16 20       Sounds like at least a 90-day continuance, probably --

10:09:19 21   **MR. MORALES:** Probably.

10:09:20 22   **MS. BOOTH:** At least, Your Honor.

10:09:21 23   **THE COURT:** -- I mean, with all you're planning on
24   doing, and probably be more than that.

10:09:24 25       But Mr. Bahena, a request has been made to continue

| | |
|---|---|
| 1 | your case to another docket in order for various things to be |
| 2 | accomplished, including discovery, as well as knowing -- trying |
| 3 | to find out what the -- how the government's going to proceed. |
| 4 | Do you have any objection to that continuance? |
| 10:09:42  5 | **THE DEFENDANT:** No. |
| 10:09:43  6 | **THE COURT:** Okay. Let's see -- let's move it to the |
| 7 | December docket, which would be December the 4th at |
| 8 | 10:00 o'clock, and we'll see where we stand at that point. |
| 10:09:56  9 | **MR. MORALES:** Your Honor, I only have one thing in |
| 10 | this case so far. It's in its infancy, really. I'm given to |
| 11 | understand that the government has previously sought the expert |
| 12 | services of a medical examiner, and I think he may or may not |
| 13 | have completed a report. I'd ask for a protective order of that |
| 14 | report in case it contains any *Brady* information. |
| 10:10:15 15 | **MS. BOOTH:** Certainly. |
| 10:10:15 16 | **THE COURT:** Sure. |
| 10:10:16 17 | **MS. BOOTH:** Certainly, Your Honor. |
| 10:10:17 18 | **THE COURT:** Okay. So ordered. |
| 10:10:19 19 | **MR. MORALES:** Thank you, Your Honor. |
| 10:10:19 20 | **THE COURT:** All right. Very well. |
| 10:10:19 21 | Okay. You may have a seat. |
| 22 | *(Proceedings concluded at 10:10 a.m.)* |
| 23 | -o0o- |
| 24 | I certify that the foregoing is a correct transcript from |
| 25 | the record of proceedings in the above matter. |

Date: April 12, 2019

/s/ Heather Alcaraz
Signature of Court Reporter